## THOMAS EMERSON *versus* FRANÇOIS MOUTON

JOURNAL ENTRIES (1824): *Journal 3:* (1) Rule for bail or procedendo *p. 484; (2) motion for procedendo granted *p. 493.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) precipe for procedendo.

*1824–36 Calendar,* MS p. 31.

## JOHN L. LEIB *versus* MAURICE MORAN

JOURNAL ENTRIES (1824–29): *Journal 3:* (1) Bail waived, rule to declare and plead *p. 484. *Journal 4:* (2) Motion for nonsuit MS p. 2; (3) continued MS p. 136; (4) submitted MS p. 186; (5) leave given to amend and to plead MS p. 199; (6) motion for remand by procedendo MS p. 207; (7) rule to plead MS p. 222; (8) issue ordered sent to circuit court for trial MS p. 233; (9) judgment for costs MS p. 278; (10) judgment for costs MS p. 330.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) demurrer; (5) motion for judgment for want of joinder in demurrer; (6) joinder in demurrer; (7) plea of not guilty and notice of defense; (8) stipulation to send case to circuit court.

*1824–36 Calendar,* MS p. 33.